UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

| | |
|---|---|
| HERSHY DEUTSCH<br>individually and on behalf of all others similarly situated<br>                                        Plaintiff, | Civil Action No:<br>7:22-cv-312 |

   -v.-

CONTINENTAL SERVICE GROUP, INC.
JOHN DOES 1-25

                              Defendants.
------------------------------------------------------------------------x

## NOTICE OF SETTLEMENT

    Notice is hereby given that the parties have settled this matter.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.

DATED, this 6th day of February, 2022

                                                       */s/Raphael Deutsch*
                                                       Raphael Deutsch, Esq.
                                                       **Stein Saks, PLLC**
                                                     One University Plaza
                                                     Hackensack, NJ 07601
                                                     Phone: 201-282-6500
                                                     rdeutsch@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on February 6, 2022 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Raphael Deutsch*
Raphael Deutsch, Esq.